UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 2:22-cv-00038-BO

| LARISSA YORK, | |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** |
| MATTHEW LUTZ, SUSAN MIZELLE, and CURRITUCK COUNTY SCHOOLS, | |
| Defendants. | |

The Court considered this matter on Defendants Matthew Lutz, Susan Mizelle, and Currituck County Schools' motion to stay the parties' discovery obligations, including obligations under the Court's Order for Discovery Plan (D.E. 15), until Defendants' pending motion to dismiss is resolved.

The Court, in its discretion, finds good cause to grant the motion.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that the parties' discovery obligations, including their obligations under the Court's Order for Discovery Plan, are stayed until Defendants' pending motion to dismiss is resolved. Following a decision on Defendants' motion to dismiss, the Court will lift the stay and issue a subsequent Order for Discovery Plan, if necessary.

This the 17 day of December, 2022.

*Terrence Boyle*
The Honorable Terrence W. Boyle
United States District Judge