UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 2:22-cv-00038-BO

| | |
|---|---|
| LARISSA YORK,<br><br>                              Plaintiff,<br><br>vs.<br><br>MATTHEW LUTZ, SUSAN MIZELLE, and CURRITUCK COUNTY BOARD OF EDUCATION,<br><br>                           Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and through their respective undersigned counsel, Plaintiff Larissa York and Defendants Matthew Lutz, Susan Mizelle, and Currituck County Board of Education hereby stipulate that this case is dismissed with prejudice. The parties will each bear their own costs and attorneys' fees.

Respectfully submitted this 23rd day of October 2025.

|  |  |
|---|---|
|  | **POYNER SPRUILL LLP** |
| By:   /s/ Thomas B. York<br>      Thomas B. York<br>      NC State Bar No. 18640<br>      tyork@yorklaw.us<br>      1205 Argus Road<br>      Kill Devil Hills, NC 27948<br>      Tel: (252) 715-4608<br><br>      *Attorney for Plaintiff* | By:   /s/ Stephanie L. Gumm<br>      Stephanie L. Gumm<br>      NC State Bar No. 53485<br>      sgumm@poynerspruill.com<br>      Laura Crumpler<br>      NC State Bar No. 8712<br>      lcrumpler@poynerspruill.com<br>      P.O. Box 1801<br>      Raleigh, NC 27602-1801<br>      Tel: (919) 783-2819<br>      Fax: (919) 783-1075<br><br>      *Attorneys for Defendants Matthew Lutz, Susan Mizelle, and Currituck County Board of Education* |

# CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This 23rd day of October 2025.

/s/ Stephanie L. Gumm
Stephanie L. Gumm